AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Local Communities LLC__
was received by me on *(date)* __11/20/2023__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Robyn Asbury__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Local Communities LLC__
on *(date)* __11/20/2023__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __225.00__ .

I declare under penalty of perjury that this information is true.

Date: __11/20/2023__

*Server's signature*

Aunish Stephen, Proof Process Server
*Printed name and title*

1800 Gaylord Street Denver, CO 80206
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
District of Colorado
1929 Stout Street Denver, CO 80294

| | |
|---|---|
| **Woodley Architechtural Group, Inc.** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:23-cv-03004 |
| ) | |
| ) | |
| **Lokal Communities, LLC** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Aunish Stephen, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Lokal Communities, LLC in Douglas County, CO on November 20, 2023 at 11:42 am at 8310 S Valley Hwy, Suite 115, Englewood, CO 80112 by leaving the following documents with Robyn Asbury who as President is authorized by appointment or by law to receive service of process for Lokal Communities, LLC .

Complaint and Summons

Additional Description:
I entered the office and asked for someone who is registered to take legal documents for the company. Robyn Asbury came out of her conference room and let me know she is the president of the company and can take the papers. I then served her the documents.

White Female, est. age 35-44, glasses: N, Brown hair, 120 lbs to 140 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=39.565215224,-104.8690882237
Photograph: See Exhibit 1


I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

| | |
|---|---|
| Executed in __Arapahoe County__, __CO__ on __11/20/2023__. | /s/ *Aunish Stephen* <br> Signature <br> Aunish Stephen <br> +1 (303) 731-7553 |





