IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | |
|---|---|---|
| Civil Action: | 23-cv-003004-CNS-KAS | Date: October 21, 2026 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| WOODLEY ARCHITECTURAL GROUP INC<br>**Plaintiff** | *Louis Bonham* |
| **v.** | |
| LOKAL COMMUNITIES LLC<br>LOKAL HOMES LLC<br>L&L HOLDING COMPANY LLC<br>WESTERN ALLIANCE BANK<br>**Defendants** | *Heather Kliebenstein*<br>*Hannah Montgomery*<br>*Paige Stradley* |

**COURTROOM MINUTES**

**ORAL ARGUMENT**

Court in Session: 12:59 p.m.

Appearance of counsel.

As outlined on the record, it is

**ORDERED: [175] Plaintiff's Motion to Exclude Opinions and Testimony of Defendants' Expert Doug Bania is DENIED.**

**[172] Defendants' Motion to Strike Portions of Matthews Report is GRANTED.**

Argument as to [171] Defendants' Motion to Strike Portions of Hricak Report given by Ms. Kliebenstein and Mr. Bonham with questions from the Court.

As outlined on the record, it is

**ORDERED: [171] Defendants' Motion to Strike Portions of Hricak Report GRANTED.**

**[178] Plaintiff's Motion to Exclude Opinions and Testimony of Defendants' Expert Brian Meissner is GRANTED in part.**

Discussion held on summary judgment motions.

Court in Recess: 1:49 p.m. Hearing concluded. Total time in Court: 00:50